# United States District Court
EASTERN DISTRICT OF WISCONSIN

**TRAVELERS CASUALTY INSURANCE,**
**COMPANY OF AMERICA,**

      **Plaintiff,**

          **JUDGMENT IN A CIVIL CASE**
  v.           **Case No. 23-C-1631**

**NORTHBROOK CROSSING CONDOMINIUM**
**OWNER'S ASSOCIATION, INC.,**

      **Defendant.**

---

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Northbrook Crossing Condominium Owner's Association, Inc.'s counterclaims for breach of contract, bad faith, and statutory interest are dismissed.

      **IT IS FURTHER ORDERED AND ADJUDGED** that having previously granted Plaintiff Travelers Casualty Insurance Company of America's alternative claim for relief for leave to subpoena records showing work performed by Family First, Travelers' remaining claim for declaratory relief is dismissed as moot.

      Approved: s/ William C. Griesbach
                    WILLIAM C. GRIESBACH
                    United States District Judge

Dated: December 8, 2025

                    LINDA M. KLEMM
                    CLERK OF COURT

                    s/ Kyle W. Frederickson
                    (By) Deputy Clerk